Albert P. Barker, ISB #2867
Paul L. Arrington, ISB #7198
**BARKER ROSHOLT & SIMPSON LLP**
1010 W. Jefferson, Suite 102
P.O. Box 2139
Boise, Idaho 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034
E-mail: apb@idahowaters.com
        pla@idahowaters.com

Terry T. Uhling, ISB #2581
Sheila G. Bush, IBS #3248
**J.R. SIMPLOT COMPANY**
999 Main Street, 13th Floor
P. O. Box 27
Boise, ID  83707-0027
Telephone: (208) 389-7317
Facsimile: (208) 389-7464
E-mail: tuhling@simplot.com
        sheila.bush@simplot.com

*Attorneys for Intervenor, J.R. Simplot Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>            Defendants.<br><br>And<br><br>J.R. SIMPLOT COMPANY<br><br>            Defendant-Intervenors. | Case No.: 4:10-CV-00004<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER  (Docket #15)** |

COMES NOW, the undersigned parties, by and through their counsel of record, and hereby stipulate to amend the Court's March 16, 2010 *Case Management Order* (Docket #15) as follows:

1. Federal Defendants and Defendant-Intervenor shall file an opposition to the Plaintiffs' motion for summary judgment and a cross motion for summary judgment ***on or before October 8, 2010***.

2. Plaintiff shall file an opposition and reply brief ***on or before October 29, 2010***.

3. Federal Defendants and Defendant-Intervenor shall file a reply brief ***on or before November 19, 2010***.

All other deadlines set in the *Case Management Order* shall remain unchanged.

In addition, in the Court's August 10, 2010 *Memorandum Decision & Order* (Docket #36), the Court denied the motions to intervene filed by the Southeast Idaho Mule Deer Foundation and the United Steelworker Local 632 and allowed both entities to file amicus brief. The Court stated that these entities "shall adhere to the briefing deadlines set for the BLM and Simplot."

On July 20, 2010, the Court entered a *Docket Entry Order* (Docket #32) granting the motion to file amicus brief filed by the Greater Yellowstone Coalition ("GYC"). However, no briefing deadline was set for GYC. Accordingly, the Court should set a deadline for briefing to be filed by GYC in order to meet the briefing deadlines agreed upon by the parties.

///

///

///

///

///

**STIPULATION TO AMEND CASE MANAGEMENT ORDER  (Docket #15)**                                                           **2**

RESPECTFULLY SUBMITTED this 21st day of September, 2010.

         ECHO HAWK LAW OFFICES

By: ____/S/_____
   Paul C. Echo Hawk
   Matthew S. Echo Hawk
    *Attorneys for Plaintiffs*

         U.S. DEPARTMENT OF JUSTICE

By: ____/S/_____
   Ayako Sato
    *Attorneys for Defendants*

         BARKER ROSHOLT & SIMPSON, LLP

By: ____/S/_____
   Albert P. Barker
   Paul L. Arrington
    *Attorneys for Defendants-Intervenor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of September, 2010, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Ayako Sato (ayako.sato@usdoj.gov)
David H. Maguire (Maguire@maguire-kress.com)
Katherine G. Strong (kgstrong@gmail.com)
Matthew S. Echo Hawk (matt@echohawk.com)
Paul C. Echo Hawk (paul@echohawk.com)

                                                 /S/
                                            Albert P. Barker