Albert P. Barker, ISB #2867
Paul L. Arrington, ISB #7198
**BARKER ROSHOLT & SIMPSON LLP**
1010 W. Jefferson, Suite 102
P.O. Box 2139
Boise, Idaho 83701-2139
Telephone: (208) 336-0700
Facsimile: (208) 344-6034
E-mail: apb@idahowaters.com
         pla@idahowaters.com

Terry T. Uhling, ISB #2581
Sheila G. Bush, ISB #3248
**J.R. SIMPLOT COMPANY**
999 Main Street, 13th Floor
P. O. Box 27
Boise, ID  83707-0027
Telephone: (208) 389-7317
Facsimile: (208) 389-7464
E-mail: tuhling@simplot.com
         sheila.bush@simplot.com

*Attorneys for Intervenor, J.R. Simplot Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES OF THE FORT HALL RESERVATION,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>            Defendants.<br><br>And<br><br>J.R. SIMPLOT COMPANY<br><br>            Defendant-Intervenors. | Case No.: 4:10-CV-00004<br><br>**DECLARATION OF ALAN L. PROUTY** |

I, ALAN L. PROUTY, in accordance with the provisions of 28 U.S.C. § 1746 declare:

1.      I am the Vice President of Environmental and Regulatory Affairs for the J.R. Simplot Company ("Simplot"). In that capacity, I am familiar with the ongoing Comprehensive

Environmental Response, Compensation & Liability Act ("CERCLA") remedy process at Simplot's Don Plant in Pocatello, Idaho.

2.      On September 24, 2007, I sent the Bureau of Land Management ("BLM") a letter informing the BLM that "the property Simplot intends to acquire from BLM in this land exchange *may* be used for a new phosphogypsum storage area." BR 535 (emphasis added). I assured the BLM that "if Simplot elects to use the property for a storage area, *the storage area will include a liner* that meets construction and design standards reviewed and approved by" Idaho Department of Environmental Quality ("IDEQ"). *Id*. (emphasis added).

3.      Since that time, Simplot has taken additional steps to confirm its commitment to include a liner on any new or expanded storage area (or "gyp stack") as well as its commitment and obligations at the Eastern Michaud Flats ("EMF") Superfund Site pursuant to CERCLA.

4.      On April 11, 2008, Simplot entered into a Voluntary Consent Order with the IDEQ. A copy of the Voluntary Consent Order is included in the agency record at BR 451. In that Voluntary Consent Order, Simplot agreed to "include a liner in its design" of "any gypsum stack built on any new land to be acquired for this purpose." Specifically,

> Any new gypsum storage/stack built at the Don Plant, including any gypsum stack built on any new land to be acquired for this purpose, *shall include a liner in its design*, a siting evaluation report, a background water quality investigation, a groundwater monitoring program, and a corrective action plan in the event of liner failure. *The design and supporting documentation, operation and maintenance procedures, final reclamation plans and closure plans for any new gypsum stack shall be approved by the Department prior to the start of construction*.

BR 458-59 (emphasis added).

5.      Simplot, as part of an Environmental Protection Agency ("EPA") approved remediation plan under a CERCLA Consent Decree entered by the Idaho Federal District Court on May 9, 2002, has installed numerous monitoring and extraction wells in the vicinity of the

DECLARATION OF ALAN L. PROUTY                                                                    2

plant. The extraction wells remove contaminated water from the aquifer. That water is then used in the plant production process.

6.     On July 6, 2010, Simplot signed the *First Amendment to Remedial Design/Remedial Action Consent Decree with Defendants J.R. Simplot Company* (the "*Consent Decree Amendment*"). This *Consent Decree Amendment* was entered into with the EPA to deal with the EMF Superfund Site cleanup process. A true and correct copy of that *Consent Decree Amendment* is attached hereto as Exhibit A.

7.     Appendix E to the *Consent Decree Amendment* is the First Amended Statement of Work for the Eastern Michaud Flats Superfund Site Simplot Operable Unit. The purpose of this Amendment is to address phosphorous issues in addition to the arsenic issues covered in the original Consent Decree. The Statement of Work, at page 7, provides that Simplot must "notify EPA at least 180 days prior to beginning such construction" of any new gypstack and must "provide to EPA" (i) the new gypsum stack design, ***including liner design***, (ii) a siting evaluation report, (iii) a background water quality investigation, (iv) a groundwater monitoring program, (v) a corrective action plan in the event of liner failure, and (vi) proposed construction schedule. Attached as Exhibit B is EPA's press release describing the measures agreed to in this Amendment.

8.     In addition, Simplot is in the process of lining the existing gyp stack. In 2009, Simplot built a lined decant pond to capture and store process water from the Don Plant. Construction of the decant pond was the first phase of lining the existing gyp stack. Water (decant) from the lined gyp stack will report to this pond.

DECLARATION OF ALAN L. PROUTY                                                                                       3

9. On May 17, 2010, Simplot received approval from the DEQ to install a state-of-the-art liner on the existing gyp stack at the Don Plant. Exhibit C. The liner material is high-density polyethylene and is 60 mil thick.

10. Simplot began installing the liner on the existing gyp stack on July 30, 2010. Construction of the liner is on schedule for completion by 2015. Attached hereto, as Exhibit D, are a number of photographs of the liner installation in progress.

11. The liner on the existing gyp stack and other measures undertaken by Simplot are expected to reduce the phosphorous loading to the Portneuf River by 50% as of December 31, 2013 and 94% by 2021. In fact, Phosphorus concentrations have already dropped by 50% in the Portneuf River.

12. Pursuant to the Voluntary Consent Order with IDEQ and the *Consent Order Amendment* with EPA, any new or expanded gyp stack on Simplot property, or on property to be acquired by Simplot, will include a liner.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of October, 2010.

/S/
Alan L. Prouty

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of October, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Ayako Sato (ayako.sato@usdoj.gov)
David H. Maguire (Maguire@maguire-kress.com)
Katherine G. Strong (kgstrong@gmail.com)
Matthew S. Echo Hawk (matt@echohawk.com)
Paul C. Echo Hawk (paul@echohawk.com)

                                        /S/
                                     Albert P. Barker