IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHOSHONE-BANNOCK TRIBES of the FORT HALL RESERVATION,<br><br>      Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>      Defendants.<br>And<br><br>J.R. SIMPLOT COMPANY<br><br>      Defendant-Intervenors. | Case No. 4:10-CV-004-BLW<br><br>**ORDER** |

      The Court has before it the Tribes' motion for attorney fees. The Tribes seek fees under the Equal Access to Justice Act (EAJA). The EAJA requires the Tribes to establish that their net worth does not exceed $7 million and that they employ no more than 500 employees. 28 U.S.C. § 2412(d)(2)(B). The Tribes have failed to comply with this requirement and hence the Court must deny their motion.

      NOW THEREFORE IT IS HEREBY ORDERED, that the motion for attorney fees (docket no. 87) is DENIED.

Order - 1



DATED:  **March 25, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Order - 2**